■ In the Matter of SUSAN D. ALIMONTI, Appellant, v DAVID C. SCHWARZ, Respondent. (Proceeding No. 1.) In the Matter of DAVID C. SCHWARZ, Respondent, v SUSAN D. ALIMONTI, Appellant. (Proceeding No. 2.) [17 NYS3d 884]—Appeal from an order of the Family Court, Nassau County (Edmund M. Dane, J.), dated July 18, 2014. The order denied the mother's objections to so much of two orders of that court (Kathleen Watson, S.M.), both dated May 13, 2014, as, respectively, (a) after a hearing, granted the father's petition for a child support credit in the sum of $7,658 for college room and board paid by him, and (b) denied her request for counsel fees.

Ordered that the order dated July 18, 2014, is affirmed, with costs.

Contrary to the mother's contention, the father's petition to credit his share of the oldest child's college room and board against his basic child support obligation was consistent with the terms of the parties' stipulation of settlement and, therefore, properly granted by the Family Court (*see Matter of Levy v Levy*, 52 AD3d 717, 718-719 [2008]; *Lee v Lee*, 18 AD3d 508, 512 [2005]; *Vainchenker v Vainchenker*, 242 AD2d 620 [1997]; *Justino v Justino*, 238 AD2d 549, 550 [1997]; *Litwack v Litwack*, 237 AD2d 580 [1997]; *Reinisch v Reinisch*, 226 AD2d 615 [1996]).

The mother's remaining contentions are without merit. Eng, P.J., Chambers, Roman and Barros, JJ., concur.